**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**(LEXINGTON)**
*\*ELECTRONICALLY FILED\**

| | | |
|---|---|---|
| **SHARON TODD,** | : | |
| | : | |
| Plaintiff**,** | : | Civil Action No. _____ |
| | : | |
| **v.** | : | Judge _____ |
| | : | |
| **HYSTER-YALE GROUP, INC.,** *et al.***,** | : | |
| | : | |
| Defendants**.** | : | |

**NOTICE OF REMOVAL**

Defendant Hyster-Yale Group, Inc., ("Defendant") removes Case Number 18-CI-365 from the Madison Circuit Court, the court in which this case was initiated and is presently pending, to the United States District Court for the Eastern District of Kentucky (Lexington).  This action is being removed based on federal question jurisdiction under 28 U.S.C. § 1331 and supplemental jurisdiction under 28 U.S.C. § 1367.  As grounds for removal, Defendant states as follows:

1.      Plaintiff Sharon Todd filed a Complaint in the Madison Circuit Court, Case No. 18-CI-365. Defendant received the Summons and Complaint by certified mail on July 9, 2018.  The Complaint and Summons are the only pleadings, process, and orders that have been filed in this action to date.  A copy of the Complaint and Summons are attached as Exhibit A.  To Defendant's knowledge, and based upon a review of the docket, it is the only Defendant that has been properly served as of the date of this Notice.

2.      The Complaint establishes that there are federal questions.  The Complaint alleges wrongful discharge in violation of the Age Discrimination in Employment Act of 1969 ("ADEA"), 29 U.S.C. § 621 *et seq*., Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e, and the Occupational Safety and Health Act of 1970.  Accordingly, this Court has original

jurisdiction over this case under 28 U.S.C. § 1331. This Court may exercise supplemental jurisdiction over the remaining claims, pursuant to 28 U.S.C. § 1367(a) because these claims are so related to the wrongful discharge claim that they form part of the same case or controversy. The Complaint asserts that the underlying facts are common to all counts.

      3.     The United States District Court for the Eastern District of Kentucky is the district court for the judicial district and division embracing Madison County, Kentucky, where the state court action is pending. 28 U.S.C. § 1441(a).

      4.     This Notice of Removal is timely filed in accordance with 28 U.S.C. § 1446(b)(1).

      5.     A copy of this Notice of Removal is being served by U.S. Mail on counsel for the Plaintiff, and a Notice to State Court of Removal is being filed with the Madison Circuit Court in accordance with 28 U.S.C. § 1446(d).

      6.     For all of these reasons, Defendant respectfully requests that this action be removed from the Madison Circuit Court to this Court.

Respectfully submitted,

/s/*Patricia Pryor*
Patricia Pryor (KY Bar 94207)
JACKSON LEWIS P.C.
201 E. Fifth Street, 26th Floor
Cincinnati, OH 45202
Telephone: (513) 898-0050
Facsimile: (513) 898-0051
pryorp@jacksonlewis.com

*Counsel for Defendant Hyster-Yale Group, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 25, 2018, the foregoing Notice of Removal was electronically filed

with the Court's CM/ECF system and sent via regular U.S. Mail to the following:

Whitney Dunlap III
102 North Main Street
P.O. Box 101
Versailles, KY 40383
(859) 214-4326
(859) 214-4327 fax
wdunlap@dunlaplaw.org

*/s/ Patricia Pryor*
Patricia Pryor

4823-5896-0493, v. 1